371 A.2d 239

Commonwealth v. Sanders, Appellant.

Submitted June 28, 1976. Herbert L. Olivieri, for appellant; Steven H. Goldblatt, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.